**ORDERED ACCORDINGLY.**

Dated: December 12, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26282/1158048308

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Marcus A. Rankin and Heather Rankin<br>    Debtors.<br>_____<br>HSBC Bank USA, National Association, as Trustee for the holders of the certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR3<br>    Movant,<br>  vs.<br><br>Marcus A. Rankin and Heather Rankin, Debtors, David M. Reaves, Trustee.<br><br>    Respondents. | No. 2:09-bk-26720-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 14, 2006 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association, as Trustee for the holders of the certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR3 is the current beneficiary and Marcus A. Rankin and Heather Rankin have an interest in, further described as:

> Lot 57, of SURPRISE FARMS - PHASE 2, PARCEL 6, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 665 of Maps, page 21 and Ceertificate of Correction recorded recorded as 2004-1274614 of Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT